**BEAZLEY POWER MOWER CO., a Corporation, and Whirlwind Lawn Mower Corporation, A Corporation, Plaintiffs-Appellants, v. L. H. PEARCE and Pearce Corporation, a Corporation, Defendants-Appellees.**

No. 7790.

Circuit Court of Appeals, Seventh Circuit.

Feb. 20, 1942.

W. F. Buckley and Guy S. Conrad, both of Milwaukee, Wis., for appellants.

A. L. Morsell, Jr., and Curtis B. Morsell, both of Milwaukee, Wis., for appellees.

Before EVANS, SPARKS, and MINTON, Circuit Judges.

PER CURIAM.

Appellants charged appellees with infringement of Claims 2 and 4 of United States Reissue Patent to Beazley, No. 18,944. The usual defenses were interposed, and the District Court, upon its special findings and conclusions of law, adjudged the claims valid, but not infringed, and dismissed the action.

The District Court rendered a written opinion in support of its rulings. 38 Fed. Supp. 756. We approve the rulings and the reasons therein stated.

Judgment affirmed.

■

**Bernard M. SHOTKIN, Appellant, v. Gerald A. GLEESON, U. S. Attorney, et al., Appellees.**

No. 7881.

Circuit Court of Appeals, Third Circuit.

Submitted Feb. 16, 1942.

Decided Feb. 20, 1942.

No counsel for appellant. Submitted his own brief.

James P. McCormick, Asst. U. S. Atty., of Philadelphia, Pa., for appellees.

Before MARIS, CLARK, and GOODRICH, Circuit Judges.

PER CURIAM.

At the request of the plaintiff and with the consent of the defendants this case was submitted to the court without oral argument on either side. After consideration of the record and of the plaintiff's brief we are satisfied that the plaintiff's contentions are without merit and that the district court committed no error in dismissing the complaint. Accordingly the decree of the district court is affirmed.